*liam S. Allen* for respondent.

No. 308. LOFTIN ET AL., RECEIVERS, *v.* CROWLEY's, INC. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Russell L. Frink* and *Robert H. Anderson* for petitioners.

No. 309. AKTIEBOLAGET SEPARATOR *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Benjamin A. Matthews* and *Harold Harper* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.

No. 310. LACY *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank J. Looney* for petitioner. *Solicitor General Fahy and Assistant Attorney General Berge* for the United States.

No. 312. DE BARDELEBEN COAL Co., INC. *v.* MACOMBER, ADMINISTRATRIX. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Richard B. Montgomery* for petitioner. *Mr. Alex. W. Swords* for respondent.

No. 315. ODLAND, RECEIVER, *v.* FAIRMONT SUPPLY Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court, Marion County, West Virginia, denied.